IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMIAH G. POSTEMICE,
    Plaintiff,

vs.                                                          Case No.: 3:19cv3649/MCR/EMT

WARDEN C. MAIORANA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On October 10, 2019, the court issued an order directing Plaintiff to file an amended complaint, on the court-approved form, within thirty (30) days (*see* ECF No. 3). The order also directed Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis ("IFP") within that time (*see id.*).

Plaintiff failed to comply with any of the court's directives by the deadline; therefore, on November 20, 2019, the court issued an order directing Plaintiff to show cause, within thirty (30) days, why this case should not be dismissed based upon his noncompliance (*see* ECF No. 4). Plaintiff responded to the show cause order (*see* ECF Nos. 6, 8), and based upon the circumstances described therein, the court extended the deadline for Plaintiff to file an amended complaint and either pay the filing fee or file an IFP motion to January 21, 2020 (ECF No. 9).

Plaintiff **again** failed to comply with any of the court's directives by the deadline; therefore, on January 29, 2020, the court issued another show cause order requiring him to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with the court's order (ECF No. 10). The thirty-day deadline has passed, and Plaintiff has not filed an amended complaint, paid the filing fee, filed a motion to proceed IFP, or explained why he has not done so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 10th day of March 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.