**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JEREMIAH G. POSTEMICE,

    Plaintiff,

v.                                CSE NO. 3:19cv3649-MCR-EMT

WARDEN C. MAIORANA, et al.,

    Defendants.
_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on March 10, 2020. ECF No. 11. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 8th day of April 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**